IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR547** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JOSE H. VALLES-JUAREZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline within which to object to the Magistrate Judge's Report and Recommendation filed on June 24, 2005 (Filing No. 34). The current deadline is July 14, 2005.

IT IS ORDERED:

1. The Defendant's motion to extend the deadline within which to object to the Magistrate Judge's Report and Recommendation (Filing No. 34) is granted; and

2. Any objections to the Magistrate Judge's Report and Recommendation must be filed on or before July 25, 2005, and the three-day mailing rule does not apply.

DATED this 6th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge